

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MARCUS LAKEITH HARRIS, | § | No. 08-21-00070-CR |
| Appellant, | § | Appeal from the |
| v. | § | 183rd District Court |
| THE STATE OF TEXAS, | § | of Harris County, Texas |
| State. | § | (TC# 159318601010) |
| | § | |

## ORDER

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **December 7, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Diogu Kalu Diogu and the Hon. Tanika J. Solomon, the Appellant's attorneys, prepare the Appellant's brief and forward the same to this Court on or before December 7, 2021.

IT IS SO ORDERED this 8th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.